# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED HR&R ENTERPRISE, INC., a California corporation<br><br>                    Plaintiff,<br><br>    vs.<br><br>AMCO INSURANCE COMPANY, an Iowa corporation; and DOES 1 to 20, inclusive;<br><br>                    Defendants, | CASE NO.: 2:12-cv-00451-SVW-FMO<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>JS-6 |

Based on the Stipulation of Dismissal of the entire action with prejudice filed by the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice against all Defendants, including without limitation AMCO Insurance Company and DOES 1-20.

IT IS SO ORDERED.

Dated: June 5, 2012

_____
U.S. District Judge